1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RICHARD KENT,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 3:20-cv-02308-DMS-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION**<br><br>Dana M. Sabraw<br>Honorable United States Judge<br><br>Michael S. Berg<br>Honorable United States Magistrate Judge<br><br>Date Action Filed: October 16, 2020 |

# ORDER

The Parties have submitted a Joint Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and consistent with the settlement agreement they reached and orally agreed to on the record at the January 27, 2021 Early Neutral Evaluation Conference held before the Honorable United States Magistrate Judge Michael S. Berg. The Parties' Joint Motion also requests that the Court retain jurisdiction to hear any timely-filed fee motion.

The Court finds good cause to grant the Parties' Joint Motion to Dismiss. THEREFORE, THE COURT FINDS, ORDERS, ADJUDGES, AND DECREES THAT:

(1) the Parties' Joint Motion to Dismiss is granted;

(2) this entire matter is ordered dismissed with prejudice;

(3) the Court retains jurisdiction to hear Plaintiff Richard Kent's motion for attorney fees and costs.

IT IS SO ORDERED

Dated: March 30, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court